IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTHER CARABALLO-RIVERA
Plaintiff

vs

ECONO MORALES NO. 2, INC.
Defendant

CIVIL 16-2787CCC

## JUDGMENT

Having considered the Motion for Dismissal with Prejudice filed by plaintiff on August 1, 2017 (**d.e. 14**), the same is GRANTED. Accordingly, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice.

All pending motions (**d.e. 5, d.e. 9, d.e. 10**) are MOOT.

The pretrial/settlement conference set for February 14, 2018 and non-jury trial set for May 31, 2018 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 17, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge